IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN KING,

    Plaintiff,                        No. CIV S-04-1158 MCE KJM P

    vs.

SAN JOAQUIN COUNTY
SHERIFF'S DEPARTMENT, et al.,

    Defendants.            <u>ORDER</u>

         Plaintiff has requested an extension of time to file a third amended complaint as provided by the court's order of December 29, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

         1. Plaintiff's February 3 and February 9, 2006 requests for an extension of time are granted; and

         2. The third amended complaint filed on February 9, 2006 is deemed timely filed.

DATED: February 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
king1158.36