1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN KING,

11          Plaintiff,              No. CIV S-04-1158 MCE KJM P

12      vs.

13   DEPUTY COLEMAN, et al.,

14          Defendants.            ORDER

15   _____/

16          On September 28, 2007, the district court adopted this court's findings and

17   recommendations and denied defendants' motion to dismiss.

18          Defendants' answer should be filed within thirty days of the date of this order.

19   DATED:  October 12, 2007.

20                                        _____
                                          U.S. MAGISTRATE JUDGE
21
22   2
     king1158.ord
23
24
25
26

                                        1